THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:13-cv-00089-MR-DLH

ROBERT B. LAIL, )
　) 
　Plaintiff, )
　)
vs. ) **JUDGMENT**
　)
CAROLYN W. COLVIN, )
**Commissioner of Social Security** )
**Administration,** )
　)
　Defendant. )
_____ )

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Judgment on the Pleadings [Doc. 10] is **DENIED**; the Defendant's Motion for Summary Judgment [Doc. 12] is **GRANTED**; the decision of the Commissioner is **AFFIRMED**; and this case is **DISMISSED**.

**IT IS SO ORDERED.**

Signed: September 25, 2014

Martin Reidinger
United States District Judge